PET DEALERS ASSN. OF NEW JERSEY, INC., v.
DIVISION OF CONSUMER AFFAIRS.

July 12, 1977. Petition for certification denied. (See 149 *N. J. Super.* 235)

WALTER A. KACZMAREK, JR. v.
NEW JERSEY TURNPIKE AUTH.

July 12, 1977. Petition for certification granted.

BOROUGH OF HAWORTH v.
WHITE BEECHES REALTY CORP.

July 12, 1977. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
HELENE MARGOW, DECEASED.

July 12, 1977. Petition for certification granted. (See 149 *N. J. Super.* 249)

WALTER DUFFY v. INGERSOLL RAND CO.

July 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL M. WASSERMAN.

July 12, 1977. Petition for certification denied.